# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD'S OFFICE FURNITURE, LLC *et al*, <br>     Plaintiffs, <br><br> v. <br><br> IAN BORDEN, *et al*, <br>     Defendants. | Civil No. 5:20-cv-05470-JMG |

## ORDER

**AND NOW**, this 22nd day of February, 2022, upon consideration of the parties' cross-motions for summary judgment (ECF Nos. 59, 83, 60), the parties' responses and the parties' replies, it is hereby **ORDERED** that the Motions (ECF Nos. 59, 83, 60) are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge