# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD'S OFFICE FURNITURE, LLC, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>IAN BORDEN, *et al.*,<br>　　　　Defendants. | Civil No. 5:20-cv-05470-JMG |

## ORDER

**AND NOW**, this 23rd day of August, 2022, upon careful consideration of Plaintiffs' Motion to Mold Civil Verdict (ECF Nos. 182, 183), Defendants' opposition thereto (ECF No. 200), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion (ECF Nos. 182, 183) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge