IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD'S OFFICE FURNITURE, LLC, *et al.,* : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-05470-JMG |
| : | |
| IAN BORDEN, *et al.,* : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 6th day of June, 2023, upon consideration of Defendants' Motion for Renewed Judgment as a Matter of Law Or, in the Alternative, a New Trial (ECF No. 210), Defendants' Motion for a New Trial (ECF No. 211), Plaintiffs' Motion to Mold Judgment to Include an Award of Attorneys' Fees and Expenses (ECF No. 209), Plaintiffs' Motion to Extend Deadline for Filing of Motion for Attorneys' Fees (ECF No. 213), the responses thereto, and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendants' Motions (ECF Nos. 210 and 211) and Plaintiffs' Motion (ECF No. 209) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion (ECF No. 213) is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge